UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DOROTHY H. RIGGIO,

                Plaintiff,

        - against -

VERIZON COMMUNICATIONS INC.;
EXPERIAN SERVICES CORP.;
EQUIFAX CREDIT; TRANSUNION;
and DIRECTV,

                Defendants.

------------------------------------------------------------X

**ORDER**
**09 CV 2139 (JBW)(LB)**

**BLOOM, United States Magistrate Judge:**

    The parties inform the Court that this matter has settled. The Court therefore adjourned the December 3, 2009 telephonic status conference to January 20, 2010 at Noon by telephone.[1] Counsel for defendant Verizon is requested to arrange and initiate the conference call at that time. The conference shall be cancelled if the remaining parties file a stipulation of settlement before January 20, 2010.

SO ORDERED.

Dated: December 4, 2009
       Brooklyn, New York

                            LOIS BLOOM
                            United States Magistrate Judge

---

[1] Defendants Transunion and Equifax have filed a joint stipulation of settlement. I therefore need not attend the conference.